UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 7:11−mc−00042 |
|  | Judge Randy Crane |
| Bayerische Hypo−und Vereinsbank AG | |
| Defendant. | |

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dorina Ramos

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 11/28/11

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing


Date:    November 23, 2011

David J. Bradley, Clerk