UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARTHUR L. CAHOON, *et al.*, <br> Plaintiffs, <br><br> vs. <br><br> BAYERISCHE HYPO-UND <br> VEREINSBANK AG, *et al.*, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:11-mc-00042 |

## ORDER

Pending before the Court is Defendants' Unopposed Motion for a Continuance. After considering the instant Motion, the Court orders that the Motion for a Continuance be GRANTED and that the hearing now scheduled for November 28, 2011 at 10:30 a.m. be rescheduled for November 29, 2011 at 10:30 a.m.

Signed on this the ___23rd___ day of ___November___, 2011

United States ~~District~~ Judge
Magistrate