UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:11-mc-00042 |
|---|---|---|---|
| Arthur L. Cahoon, et al. ||||
| *versus* ||||
| Bayerische Hypo-Und Vereinsbank AG, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | James E. D'Elicio<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1786<br>New York<br>Southern District of New York |
|---|---|
| Seeks to appear for this party: | Bayerische Hypo-Und Vereinsbank AG, et al. |
| Dated: 11/23/2011 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____         _____
                                United States District Judge

Application to Practice
United States District Court for the Southern District of Texas

1. Name: James Edward D'Elicio         Birth Date: 12/05/1971

2. Home address: 103 W. 77th Street Apt. 3D New York NY 10024

3. Firm name: Kasowitz Benson Torres & Friedman LLP

4. Firm address: 1633 Broadway New York NY 10019

5. Firm telephone: 212-506-1786

6. Firm e-mail: jdelicio@kasowitz.com

7. Identify a state bar of which you are admitted.

   New York         Number: 4015319

8. Identify a United States District Court bar of which you are a member.

   District: Southern District of New York    Number: JD1271 (12/16/2008)

9. Please list certifications:

10. Have you ever been the subject of discipline by a court or bar?    ☐ Yes   ☒ No
    If yes, please attach a description and a copy of the final disposition.

11. Attach a copy of any conviction of a misdemeanor involving moral turpitude or any felony.

12. If you responded to item nine or ten, attach all information you feel would assist the court in determining your fitness to practice law in this district.

13. List two members of this court's bar who will state that (a) they are not related to you; (b) they have known you for at least twelve months or otherwise know you well; (c) they have read this application; and (d) they believe your legal competence and character to be good.

    A.  Reference's name, office address, state bar number and telephone number:

    Constantine Z. Pamphilis (bar #00794419) 700 Louisiana St Ste 2200 Houston TX 77002 (713) 220-8852

    B.  Reference's name, office address, state bar number and telephone number:

    Jerry L. Mitchell (bar# 14214650) 700 Louisiana St Ste 2200 Houston TX 77002 (713) 220-8852

Subscribed under penalty for perjury.

Applicant: [signature]
Date: 11/27/2011

COURT USE ONLY: The state bar reports that the applicant's status is: _____

Dated: _____    Signed: _____
                                    Deputy Clerk

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JAMES E. D'ELICIO

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on December 17, 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 7, 2011

*Susanna Rojas*

Clerk of the Court

1916