UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 7:11-mc-00042 |
|---|---|---|---|
| Arthur L. Cahoon, et al. ||||
| *versus* ||||
| Bayerische Hypo-Und Vereinsbank AG, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | James E. D'Elicio<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1786<br>New York<br>Southern District of New York |
|---|---|
| Seeks to appear for this party: | Bayerische Hypo-Und Vereinsbank AG, et al. |
| Dated: 11/23/2011 | Signed: [signature] |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: 11/28/11 | Clerk's signature: [signature] Corbett |

Order

This lawyer is admitted *pro hac vice*.

Dated: 11/28/2011

[signature] Donna Ramos
United States ~~District~~ Judge
Magistrate