UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARTHUR L. CAHOON, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 7:11-mc-00042 |
| | § | |
| BAYERISCHE HYPO-UND | § | |
| VEREINSBANK AG, *et al.*, | § | |
| Defendants. | § | |

### ORDER DENYING MOTION TO QUASH SUBPOENA AND REQUEST FOR PROTECTIVE ORDER

The Court has considered Edmundo Ramirez's Motion to Quash Subpoena and Request for a Protective Order, Defendants' Response In Opposition thereto, and the oral arguments of counsel, and makes the following rulings concerning the Motion to Quash Subpoena and Request for a Protective Order. It is, therefore,

ORDERED that Edmundo Ramirez's Motion to Quash Subpoena and Request for a Protective Order is hereby DENIED; it is further,

ORDERED that Edmundo Ramirez shall present himself for oral deposition by the Defendants at his office in McAllen, Texas on a mutually agreeable date no later than _____.

Signed on this the _____ day of _____, 2011

_____
United States District Judge