

**ELLIS KOENEKE & RAMIREZ**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
1101 CHICAGO
McALLEN, TEXAS 78501-4822
TELEPHONE (956) 682-2440
FAX (956) 682-0820
www.ekrattorneys.com

*THOMAS D. KOENEKE
BOARD CERTIFIED
ESTATE PLANNING & PROBATE LAW

*EDMUNDO O. RAMIREZ
BOARD CERTIFIED
CIVIL TRIAL LAW

BRENT A. BISHOP

MINERVA I. ZAMORA

*MAXINE LONGORIA-NASH
BOARD CERTIFIED
JUVENILE LAW

JAIME ARANDA

EMILY A. PARK

OF COUNSEL

*BILL ELLIS, JR.
BOARD CERTIFIED
ESTATE PLANNING & PROBATE LAW

*JOHN P. FRANKE, II
BOARD CERTIFIED
COMMERCIAL REAL ESTATE LAW
RESIDENTIAL REAL ESTATE LAW

RITA BETH WHATLEY

DENNIS A. LONGORIA

**BARBARA SEGOVIA DE ALARCON

**LICENSED IN MEXICO ONLY
*CERTIFIED SPECIALIST
TEXAS BOARD OF LEGAL SPECIALIZATION

December 6, 2011

Honorable Dorina Ramos
United States District Court
1701 W. Bus. Hwy. 83
McAllen, Texas 78501

Re:   Civil Action No. 7:11-mc-00042; Arthur L. Cahoon, et al., vs. Bayerische Hypo-Und Vereinsbank AG, et al.; In the US District Court for the Southern District of Texas McAllen Division; Our File No.

Dear Judge Ramos:

The case settled. We do not need a ruling.

Sincerely,

ELLIS, KOENEKE & RAMIREZ, L.L.P.

By: _____
EDMUNDO O. RAMIREZ